

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

**In re:**

**LYNN CAROL JARRETT**
**AKA LYNN CAROL SMITH,**

      **DEBTOR.**

**CHAPTER 13**

**CASE NO. 16-22761**

**SPECIALIZED LOAN SERVICING LLC,**

      **MOVANT,**

**vs.**

**LYNN CAROL JARRETT**
**and TIMOTHY P. BRANIGAN, TRUSTEE,**

      **RESPONDENTS.**

**CONSENT ORDER GRANTING MODIFICATION OF STAY**

The Motion of the Movant, Specialized Loan Servicing LLC, its assignees and/or successors in interest, to amend the Automatic Stay having been properly served, and upon agreement by Counsel,

It appears that Debtor is in possession of a certain real property located at **13514 Vandalia Drive, Rockville, MD 20853**, encumbered by a Deed of Trust dated September 20, 2010, recorded among the Land Records of the County of Montgomery, Maryland

Upon consideration of the foregoing, it is **ORDERED**:
1. Debtor will resume making all future regular monthly installment payments in the amount of $1,342.40 as they become due commencing February 1, 2018 pending further notice from the Movant.

2. Debtor will cure any arrearage currently due to the Movant for the months of April 1, 2017 through January 1, 2018, in the total amount of $6,688.24, which arrears were calculated as follows:

File No. 42072

| Number of Payments | From | To | Monthly Payment Amount | Total Payments |
|---|---|---|---|---|
| 7 | 04/01/2017 | 10/01/2017 | $1,340.36 | $9,382.52 |
| 3 | 11/01/2017 | 01/01/2018 | $1,342.40 | $4,027.20 |
| Less credit for payment received on 8/08/2017 | | | | ($1,340.46) |
| Less credit for payment received on 9/05/2017 | | | | ($1,340.46) |
| Less credit for payment received on 9/26/2017 | | | | ($1,340.46) |
| Less credit for payment received on 10/23/2017 | | | | ($1,350.00) |
| Less credit for payment received on 11/29/2017 | | | | ($1,350.00) |
| Less post-petition partial payments (suspense balance): | | | | ($0.10) |

Total Post-Petition Payments:    $6,688.24

a. The arrearage amount set forth herein is contingent upon the sufficient clearing of any previously applied post-petition funds.

b. Payment due on or before January 15, 2018 in the amount of $1,114.71.

c. Payment due on or before February 15, 2018 in the amount of $1,114.71.

d. Payment due on or before March 15, 2018 in the amount of $1,114.71.

e. Payment due on or before March 15, 2018 in the amount of $1,114.71.

f. Payment due on or before April 15, 2018 in the amount of $1,114.70.

g. Payment due on or before May 15, 2018 in the amount of $1,114.70.

h. All future payments made pursuant to the terms of this Consent Order should be forwarded to the following address until further notice:

> Specialized Loan Servicing LLC
> 8742 Lucent Boulevard
> Suite 300
> Highlands Ranch, CO 80129

**ORDERED** that in the event that any payment to be made by the Debtor as set forth hereinabove is not received by Specialized Loan Servicing LLC as provided herein, then Specialized Loan Servicing LLC may serve a written Notice of Default to the Debtor requiring cure of said default within a fourteen (14) day period after the mailing of the above written notice. Cure shall consist of payment of the missed payments, any late charge accrued on such missed payments, attorney's fees and costs for providing the notice, and any other payments becoming due under the terms of this Consent Order between the date of the Notice of Default and before the actual tender of the curing payment. Only two (2) such cure opportunities are allowed by this Consent Order and any subsequent default shall be deemed incurable.

**ORDERED** that any Notice of Default shall be filed with the court and mailed, by first class mail, postage prepaid, and addressed to Debtor and Counsel for the Debtor as follows:

| | |
|---|---|
| Lynn Carol Jarrett | Chad E. Cos |
| 13514 Vandalia Drive | 9303 Philadelphia Road |
| Rockville, MD 20853-3818 | Baltimore, MD 21237 |

If the Debtor wishes to contest the Notice of Default or for the Court to consider their views on the Notice of Default, a Response must be filed with the Court within fourteen (14) days of the filing of the Notice of Default.

**ORDERED** that failure to cure in a timely manner or a breach for which cure is not permitted shall be evidenced by a Declaration of Default. Upon the filing of such Declaration, and without further order of this Court, the Automatic Stay imposed pursuant to 11 U.S.C. Section 362(a) shall be lifted as to Movant, to permit enforcement of the provisions of the Deed of Trust with respect to the Subject Property, including but not limited to foreclosure pursuant to any power of sale. In the event of a foreclosure, if the Debtor fails to voluntarily vacate the premises, Movant or any purchaser at said foreclosure sale may proceed with all remedies available in state court.

If the Debtor files an objection to the Notice of Default, and/or the Court sets the matter for hearing, the Automatic Stay shall remain in effect until a ruling is issued by the Court resolving the matter. At the hearing, the Court may terminate the stay or take other action appropriate to the circumstances.

3. Until the Automatic Stay is terminated, Movant may not refuse to accept or apply payments tendered by the Debtor, even if such payments are late or in the incorrect amount.

4. The Automatic Stay is modified to permit the Noteholder or servicing agent to send the Debtor any payment coupons, payment statements or invoices, notices of late payment, notices of payment changes, notices of servicing transfers, or any other notice, other than a notice of acceleration or demand for payment of the entire balance, normally sent to customers in the ordinary course of business, but otherwise such stay shall remain in full force and effect until further order of the court.

5. Should the Debtor default pursuant to the terms contained herein, unless otherwise ordered by this Court, Movant shall be entitled to reasonable attorney's fees in the amount of $100 $0.00 for the issuance of a Notice of Default, and additional attorney's fees, not to exceed $0.00, for issuance of a Declaration of Default and filing of a Notice of Intent.

6. In the event of a default which results in the granting of Relief, the Chapter 13 Trustee will be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant.

7. If the case shall be converted from a Chapter 13 to a Chapter 7, the Automatic Stay as to Specialized Loan Servicing LLC shall be lifted effective the date of conversion without further order of this Court.

8. Nothing contained herein shall be deemed or construed to waive, reduce or otherwise prejudice any rights of Specialized Loan Servicing LLC with respect to the above-referenced Note and Deed of Trust.

Approved as to Form and Content
By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474

Kimberly B. Lane, Esquire, Bar No. 18513
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com
Counsel for Specialized Loan Servicing LLC

Seen and Agreed:

**/s/CHAD E. COS**
Chad E. Cos
Counsel for Debtor
9303 Philadelphia Road
Baltimore, MD 21237

    I hereby certify that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /S/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

By: **/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P.C.

## SERVICE LIST

| | |
|---|---|
| Lynn Carol Jarrett<br>13514 Vandalia Drive<br>Rockville, MD 20853-3818 | Debtor |
| Chad E. Cos<br>9303 Philadelphia Road<br>Baltimore, MD 21237 | Counsel for Debtor |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Chapter 13 Trustee |
| Specialized Loan Servicing LLC<br>8742 Lucent Boulevard<br>Suite 300<br>Highlands Ranch, CO 80129 | Movant |
| Kimberly B. Lane<br>611 Rockville Pike<br>Suite 100<br>Rockville, MD 20852 | Counsel for Movant |

**END OF ORDER**

Case 16-22761    Doc 55    Filed 02/23/18    Page 5 of 5