UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>Lynn Carol Jarrett,<br>aka Lynn Caroll Smith<br><br>DEBTOR(S) | Case No.: 16-22761<br>Chapter 13 |
| Servis One, Inc. dba BSI Financial Services, Inc.<br><br>MOVANT<br>vs.<br>Lynn Carol Jarrett,<br>aka Lynn Caroll Smith<br><br>RESPONDENT(S) | |

## AFFIDAVIT OF DEFAULT
## AND NOTICE OF TERMINATION OF AUTOMATIC STAY

MOVANT by its undersigned counsel files herein this AFFIDAVIT OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY.

Lynn Carol Jarrett, aka Lynn Caroll Smith are/is currently in default of the Consent Order dated FEBRUARY 23, 2018 in the amount of $6,902.25 (see attached affidavit).

Pursuant to the terms and conditions of the Order, the Debtor(s) has ten days to cure said default. Funds should be paid via certified check, cashier's check, or Western Union Quick Collect. No personal checks will be accepted.

Under the provisions of the Consent Order, the stay of Section 362(a) will terminate ten days from the mailing of this affidavit.

Signed and mailed this 11th day of March, 2020.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 454673

## **CERTIFICATE OF SERVICE**

    I certify that on March 11, 2020, copies of the Affidavit of Default and Notice of Termination of Automatic Stay were served upon the party (parties) whose name(s) and address(es) are listed below, by FIRST CLASS MAIL:

Lynn Carol Jarrett
aka Lynn Caroll Smith
13514 Vandalia Drive
Rockville, MD 20853

and by ELECTRONIC FILING NOTIFICATION CM/ECF to:

| respondent(s)' counsel: | Timothy P. Branigan, Trustee |
|---|---|
| Chad E Cos, Esquire | 9891 Broken Land Parkway, Suite 301 |
| 8101 Harford Road | Columbia, MD 21046 |
| Parkville, MD 21234 | |

    /s/ Richard J. Rogers
    Richard J. Rogers, Esquire
    Cohn, Goldberg & Deutsch, LLC
    600 Baltimore Avenue, Suite 208
    Towson, MD  21204
    410-296-2550
    Fax: 410-296-2558
    Email: bankruptcyecf@cgd-law.com
    Federal Bar #: 01980 (MD)
    Attorney for Movant

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 454673